Received and E-Filed for Record
2/24/2025 3:17 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Patricia Ivey

CAUSE NO. 25-02-02863

| | | |
|---|---|---|
| PATRICIA FLETCHER AND GREGORY FLETCHER | § | IN THE DISTRICT COURT |
| | | Montgomery County - 457th Judicial District Court |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| KROGER TEXAS, L.P. | § | MONTGOMERY COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs Patricia and Gregory Fletcher files this original petition against Defendant Kroger Texas, L.P. and alleges as follows:

### DISCOVERY-CONTROL PLAN

1.    Plaintiffs intend to conduct discovery under Level 2 of Texas Rule of Civil Procedure.

### PARTIES

2.    Plaintiffs Patricia and Gregory Fletcher are individuals residing in Angelina County at 450 Parker St., Zavalla, TX 75980

3.    Defendant Kroger Texas, L.P., a limited partnership, organized and existing under the laws of Texas and authorized to conduct business in Texas, may be served with process by serving its designated agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company in Travis County at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

### JURISDICTION AND VENUE

4.    The Court has subject-matter jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

**EXHIBIT A**

5. Plaintiff seeks monetary relief pursuant to TEXAS RULE OF CIVIL PROCEDURE 47(c)(3).

6. Venue in Montgomery County is proper in this cause pursuant to TEXAS CIVIL PRACTICE AND REMEDIES CODE §15.002(a)(1) because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

**TEXAS RULES OF CIVIL PROCEDURE 28**

7. To the extent that the above-named Defendant Kroger Texas, L.P. is conducting business pursuant to a trade name or assumed name, then suit is brought against it pursuant to the terms of TEXAS RULE OF CIVIL PROCEDURE 28 and Plaintiff hereby demands that upon answering this suit, that it answers in its correct legal name and assumed name.

**FACTS**

8. The incident in question occurred on or about, September 06, 2023, in Montgomery County, Texas. Plaintiff Patricia Fletcher entered upon said premises as a customer/invitee at the invitation of Defendant to engage in the act of and as a customer/invitee for the purposes of purchasing groceries.

9. At all times material hereto, Defendant, Kroger, was the possessor in control of the premises, Kroger Store No. 732, located at 8000 Research Forest Drive, The Woodlands, TX 77382.

10. During the time that Plaintiff was upon Defendant's property, she was seriously injured as a result of a dangerous condition. Plaintiff slipped in water from a drink cooler that was on the floor and fell, hitting her head.

**EXHIBIT A**

11.    Plaintiff's bodily injuries occurred as a direct result of a fall that was proximately caused by the dangerous condition described above, which Defendant knew or, in the exercise of ordinary care, should have known existed.

## LIABILITY OF DEFENDANT KROGER TEXAS, L.P.

12.    On or about, September 6, 2023, and at all times mentioned herein Kroger Texas, L.P. was the possessor of the property in question and either owned, occupied, or maintained the premises located at 8000 Research Forest Drive, The Woodlands, TX 77382, as a grocery store.

13.    At all times mentioned herein, Defendant, Kroger Texas, L.P. had such control over the premises in question that Defendant owed certain duties to Patricia Fletcher as an invitee on the premises, the breach of which proximately caused the injuries set forth herein.

14.    Defendant Kroger Texas, L.P. and Defendant's agents and subordinates negligently permitted an unreasonably dangerous condition to exist in and around the premises. Defendant and Defendant's agents and subordinates were consciously aware that such condition was hazardous and negligently or willfully allowed such condition to continue. This condition existed despite the fact that Defendant Kroger Texas, L.P. or Defendant's agents knew or should have known of the existence of the aforementioned condition and that there was likelihood of a person being injured as occurred to Plaintiff.

15.    At all times pertinent herein, Defendant Kroger Texas, L.P. and any of Defendant's agents who were acting in the scope of their employment were guilty of negligent conduct toward Plaintiff in:

**EXHIBIT A**

a.  Failing to take reasonable steps to make the premises safe;

b.  Failing to give adequate and understandable warnings to Plaintiff of the unsafe condition; and

c.  Failing to remove any and all water causing the slip and fall.

## PLAINTIFF'S CLAIM OF *RESPONDEAT SUPERIOR* AGAINST KROGER TEXAS, L.P.

16.    At the time of the occurrence of the acts and omissions in question, the employees, officers, and directors responsible were (i) within the course and scope of employment for Defendant, (ii) engaged in the furtherance of Defendant's business, and (iii) engaged in accomplishing tasks for which such agents were employed.  Therefore, Plaintiff invokes the doctrine of *Respondeat Superior* against Kroger.

## PROXIMATE CAUSE

17.    Each and every, all and singular of the foregoing acts and omissions on the part of Defendant taken separately and/or collectively, constitutes a direct and proximate cause of the injuries and damages set forth below.

## DAMAGES FOR PLAINTIFF PATRICIA FLETCHER

18.    Defendant's breach of duty proximately caused injury to Plaintiff, which resulted in the following damages:

a.  Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Patricia Fletcher, for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in such area;

b.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

**EXHIBIT A**

c.  Physical pain and suffering in the past and future;

d.  Physical impairment in the past and future; and,

e.  Mental anguish in the past and future.

## DAMAGES FOR PLAINTIFF GREGORY FLETCHER

19.  At the time of the incident and all relevant times thereafter, Plaintiff Gregory Fletcher was legally married to and residing with Plaintiff Patricia Fletcher.

20.  Defendants' breach of duty proximately caused injury to Plaintiff, Gregory Flectcher, which resulted in the following damages:

a.  Mental anguish in the past and future;

b.  Loss of consortium in the past and future;

c.  Loss of household services in the past and future;

d.  Lost earning capacity in the past and future.

## JURY DEMAND

21.  Plaintiffs respectfully asserts their right to trial by jury.

## PRAYER

22.  For these reasons, Plaintiffs asks that the Court issue citation for Defendant Kroger Texas, L.P. to appear and answer, and that Plaintiffs be awarded a judgment Defendant for the following:

a.  Actual damages;

b.  Prejudgment and postjudgment interest;

c.  Court costs; and,

d.  All other relief to which Plaintiffs are entitled.

**EXHIBIT A**

Respectfully submitted,

**MIKE LOVE & ASSOCIATES, L.L.C.**
202 E. Lufkin Ave.
Lufkin, Texas 75901
Tel. 936.632.2000
Fax. 936.632.2005


By: /s/ Sam Johnson
    Sam Johnson
    State Bar No. 24047672
    Dakoda Fandry
    State Bar No. 24105848
    sam.johnson@texaslawoffice.com
    dfandry@texaslawoffice.com

**EXHIBIT A**